USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARELIS DE LA CRUZ, et al.<br>Plaintiffs,<br>-against-<br>CITY OF NEW YORK, et al.<br>Defendants. | 1:26-cv-1473-MKV<br><br><u>NOTICE OF INITIAL PRETRIAL CONFERENCE</u> |

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled an initial pretrial conference in this matter for July 22, 2026, at 11:00 AM. [ECF No. 53]. The Court directed the parties to submit, one week before the conference, a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. *Id.* To date, the parties have not submitted the materials ordered.

As such, the initial pretrial conference is hereby ADJOURNED. On or before July 27, 2026, the parties shall submit a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice and as specified in the Court's scheduling order at docket entry number 53. On or before the same date, the parties shall also show cause why they should not be sanctioned for failure to comply with the Court's prior Order.

**The parties are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal or default judgment.**

**SO ORDERED.**

**Date: July 20, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**